JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN YVETTE COOK,<br><br>Plaintiff,<br><br>vs.<br><br>RUDOLFO NUNEZ VALDEZ TRANSPORT, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-02902-CV-AJR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>**[DOC. # 32]** |

On September 16, 2025, the Parties filed a Stipulation to Dismiss Case Pursuant to Fed. R. Civ. P. 41(a)(1). Doc. # 32 ("Stipulation"). The Court, having considered the Stipulation and good cause having been shown, hereby GRANTS the Stipulation and ORDERS as follows: the above-captioned action is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 5/1/26

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE